UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF FARRELL CHURCHILL,<br><br>                    Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>                   Defendant. | Case No. 3:12-cv-05580-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff's application to proceed *in forma pauperis* (ECF #1-1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

      DATED this 13th day of July, 2012.

                                                      Karen L. Strombom
                                                      United States Magistrate Judge

ORDER - 1