UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFF FARRELL CHURCHILL,

                          Plaintiff,

    v.

MICHAEL J. ASTRUE. Commissioner of
Social Security,

                          Defendant.

Case No. 3:12-cv-05580-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (ECF #1-1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

DATED this 13th day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1